NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**LAWRENCE B. LOCKWOOD
and PANIP, LLC,**
*Plaintiffs-Appellants,*

v.

**SHEPPARD, MULLIN, RICHTER & HAMPTON,
LLP, JONATHAN HANGARTNER, and
STEVE P. HASSID,**
*Defendants-Appellees.*

---

2010-1189

---

Appeal from the United States District Court for the Central District of California in Case No. 09-CV-5157, Judge John F. Walter.

---

**JUDGMENT**

---

KATHRYN L. BOYD, Howarth & Smith, of Los Angeles, California, argued for plaintiffs-appellants. With her on the brief was DON HOWARTH.

GARY A. CLARK, Sheppard, Mullin, Richter & Hampton, LLP, of Los Angeles, California, argued for

defendants-appellees. With him on the brief were DARREN M. FRANKLIN and DENNIS J. SMITH.

ANDRE M. MURA, Center for Constitutional Litigation, P.C., of Washington, DC, for amicus curiae the TPL Group.

DAVID HRICIK, Mercer University School Law, of Macon, Georgia, for amicus curiae Amici Law Professors.

MARGARET M. GRIGNON, Reed Smith LLP, Of Los Angeles, California, for amicus curiae NDP Managed Security.   With her on the brief was JUDITH E. POSNER.

BRIAN M. BERLINER, O'Melveny & Myers LLP, of Los Angeles, California, for amicus curiae O,Melveny & Myers LLP.  With him on the brief were JOSHUA BILLER; and MARK S. DAVIES and MEAGHAN MCLAINE VERGOW, of Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, PLAGER, and PROST, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 November 15, 2010     /s/ Jan Horbaly
        Date                    Jan Horbaly
                                    Clerk